UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

SADEK LAW OFFICES
701 East Gate Drive, Ste 129
Mt. Laurel, NJ 08054
(856) 890-9003; Fax (215) 545-0611
Attorney(s) for Debtor

In Re:
Steven A. Lawrence

Order Filed on November 20, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 23-18075 (MBK)

Chapter: 7

Judge: Michael B. Kaplan

ORDER AUTHORIZING RETENTION OF

Edwin Cintron, II- Special Counsel

The relief set forth on the following page is **ORDERED**.

DATED: November 20, 2023

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain     Edwin Cintron, II
as          Special Counsel          , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:  Law Office of Edwin Cintron, II
   P.O. Box 599
   East Brunswick, NJ 08816

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-18075-MBK
Steven A. Lawrence  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Nov 20, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Steven A. Lawrence, 1261 C Fir Street, Fort Dix, NJ 08640-1859 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Brad J. Sadek | on behalf of Debtor Steven A. Lawrence bradsadek@gmail.com<br>bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Robert P. Saltzman | on behalf of Creditor Freedom Mortgage Corporation dnj@pbslaw.org |
| Stuart H. West | on behalf of Creditor Freedom Mortgage Corporation swest@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William F. Saldutti, IV | |

on behalf of Creditor Obermayer Rebmann Maxwell & Hippel LLP william.saldutti@obermayer.com coleen.schmidt@obermayer.com

TOTAL: 6